IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-41173
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JAIME REYNA-SALINAS,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-00-CR-201-1
---------------------
May 2, 2001

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Jaime Reyna-Salinas appeals his conviction following a bench trial on two counts of aiding and abetting the transportation of an unlawful alien within the United States in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(B)(ii) and 18 U.S.C. § 2. He argues that the evidence in support of the district court's finding of guilt was insufficient.

    The district court's finding of guilt is supported by substantial evidence. United States v. Ceballos-Torres, 218 F.3d 409, 411 & 411 n.3 (5th Cir. 2000)(quotations and citation

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

omitted), amended in other part on rehearing, 226 F.3d 651 (5th Cir. 2000), cert. denied, 121 S. Ct. 839 (2001); see United States v. Romero-Cruz, 201 F.3d 374, 378 (5th Cir.), cert. denied, 120 S.Ct. 2017 (2000); see United States v. Sorrells, 145 F.3d 744, 753 (5th Cir. 1998).  The judgment of the district court therefore is AFFIRMED.